# EXHIBIT 1

# EXHIBIT 1

Case 2:10-cv-31448-KJD-RJJ Document 1 Filed 07/08/10 Page 2 of 17

# reviewjournal.com



PRINTTHIS

Powered by Clickability

Apr. 14, 2010
Copyright © Las Vegas Review-Journal

## Ashjian admits he was registered Republican when he filed Tea Party candidacy

### Whether candidate can claim Tea Party affiliation debated

By ED VOGEL
REVIEW-JOURNAL CAPITAL BUREAU

CARSON CITY -- Scott Ashjian admitted in court Wednesday that he was a registered Republican at noon March 2 when he filed his candidacy as the Tea Party of Nevada candidate for U.S. Senate.

Ashjian told District Judge James Todd Russell that he did not change his registration to the new party until about three hours later when he flew home to Las Vegas from Carson City.

Russell did not make an immediate decision on whether Ashjian's name should be permitted to appear on the November general election ballot, saying he wanted to review related cases but would issue a ruling quickly.

His decision could be critical in the Senate race because there is concern by Republicans that Ashjian would draw voters from their nominee and help U.S. Senate Majority Leader Harry Reid, D-Nev., win the election.

Also, Ashjian is not endorsed by leaders of the national Tea Party movement.

Debbie Landis, a Reno woman who has organized Tea Party protests in Nevada, joined in the lawsuit to strike Ashjian's name from the ballot.

Landis said earlier that the Tea Party is a state of mind rather than an actual political party and that Ashjian has not been active in the movement.

Supporters of Ashjian in January filed more than the required 250 signatures to create the Tea Party of Nevada.

During the 75-minute hearing Wednesday, Russell repeatedly asked Ashjian and his lawyer for details about his party registration and when he filed as a Tea Party of Nevada candidate.

The Independent American Party of Nevada and its U.S. Senate candidate, Tim Fasano, filed a lawsuit that requests the judge strike Ashjian's name from the ballot on the grounds he broke a law that requires candidates to be members of a specific party before filing as a candidate for that party.

"Mr. Ashjian, unfortunately for him, put the cart before the horse," said Joel Hansen, the lawyer for Fasano and the Independent American Party. "You have to be a member of the party you say you are a member of when you run for office."

Hansen maintained Ashjian broke an election law by filing a notarized statement March 2 that he was a Tea Party member when in fact he was a registered Republican.

But Ashjian's lawyer, Allen Lichtenstein, said Ashjian "substantially complied" with the election laws and did not attempt to defraud voters as to his party leanings.

Although Lichtenstein is legal counsel for the American Civil Liberties Union of Nevada, he is representing Ashjian as a private attorney.

"It would have been helpful if Mr. Ashjian did it in another sequence," Lichtenstein said. "But the integrity of the system did not suffer. Ballots had not been put out.

"No one was misinformed."

Deputy Secretary of State for Elections Matt Griffin said his office looks at the dates when candidates file, not at the specific hours.

After the hearing, Ashjian said he adheres to the Tea Party principles of limited government and strictly following the U.S. Constitution.

He said he does not plan to attend Tea Party rallies today in Las Vegas and Carson City.

He also challenged the thinking that his candidacy would help Reid more than Republicans. Ashjian contended he can win the race.

Ashjian said that when he filed his candidacy, he did not know that state law says a candidate must be a member of a specific party before filing as a candidate for that party.

"I did it the way I thought it should be done," he said of the filing sequence.

Contact Capital Bureau Chief Ed Vogel at evogel@reviewjournal.com or 775-687-3901.

**Find this article at:**
http://www.lvrj.com/news/ashjian-admits-he-was-registered-republican-when-he-filed-tea-party-candidacy-90859689.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

- - Constitution Party of CT
    - Delaware Libertarian
    - Florida Whig Party Blog
    - Free Patriot Press
    - Free Virginia
    - Libertarian Blue
    - Libertarian Peacenik
    - Liberty Point
    - Prosperity for Rhode Island
    - The Crolian Progressive
    - The Liberty Ticker
    - The Whig
    - Third Party Voices

- **Tech Links**

    - Bing
    - Google
    - Online Reputation Management
    - Reuters
    - Search Engine Reputation Management
    - SEO

- **Meta**

    - Log in
    - Entries RSS
    - Comments RSS
    - WordPress.org

← Green candidate for state legislature in Philadelphia draws a crowd at candidate forum Libertarians question Republican participation in Tea Parties →

## Ashjian admits he was registered Republican when he filed as the 'Tea Party' candidate

April 14th, 2010 · 31 Comments

*Las Vegas Review Journal*

Scott Ashjian admitted in court Wednesday that he was a registered Republican on noon March 2 when he filed his candidacy as the Tea Party of Nevada candidate for U.S. Senate.

Ashjian told District Judge James Todd Russell that he did not change his registration to the new party until about three hours later when he flew home to Las Vegas from Carson City.

Russell did not make an immediate decision on whether Ashjian's name should be permitted to appear on the November general election ballot, saying he wanted to review related cases, but would issue a ruling quickly.

His decision could be critical in the Senate race since there is concern by Republicans that Ashjian would draw voters from their nominee and help U.S. Senate Majority Leader Harry Reid, D-Nev., win the election.

In addition, Ashjian is not endorsed by leaders of the national Tea Party movement. Debbie Landis, a Reno woman who has organized Tea Party protests in Nevada, joined in the lawsuit to strike Ashjian's name from the ballot. She said earlier that the Tea Party is a state of mind rather than an actual political party and Ashjian has not been active in their movement.

Supporters of Ashjian in January filed more than the required 250 signatures to create the Tea Party in Nevada.

During the 75-minute hearing Wednesday, Russell repeatedly asked Ashjian and his lawyer specific details on whether he changed his registration and when he filed as a Tea Party of Nevada candidate.

The Independent American Party of Nevada and its U.S. Senate candidate Tim Fasano filed a lawsuit that requests the judge strike Ashjian's name from the ballot on the grounds that he broke a law that requires candidates to be members of a specific party before filing as a candidate for that party.

*"Mr. Ashjian, unfortunately for him, put the cart before the horse,"* said Joel Hansen, the lawyer for Fasano and the Independent American Party. *"You have to be a member of the party you say you are a member of when you run for office."*

Hansen maintained Ashjian broke an election law by filing a notarized statement on March 2 that he was a Tea Party member when in fact he still was a registered Republican.

But Ashjian's lawyer, American Civil Liberties Union of Nevada counsel Allen Lichtenstein, said Ashjian "substantially complied" with the election laws and did not attempt to defraud voters as to his party leanings.

"It would have been helpful if Mr. Ashjian did it in another sequence," Lichtenstein said. "But the integrity of the system did not suffer. Ballots had not been put out. No one was misinformed."

Deputy Secretary of State for Elections Matt Griffin said his office looks at the dates when candidates file, not at the specific hours.

After the hearing, Ashjian said he follows the Tea Party principles of limited government and strictly following the U.S. Constitution.

But he said he does not plan to attend Tea Party rallies Thursday in Las Vegas and Carson City.

He also challenged the thinking that his candidacy would help Reid more than Republicans. Ashjian contended he can win the race.

Ashjian said that when he filed his candidacy, he did not know the state law states a candidate must be a member of a specific party before filing as a candidate for that party.

"I did it the way I thought it should be done," he about the sequence of filing.

**Filed Under:** Constitution Party · Right-wing minor parties

## 31 responses so far ↓

- 1 **Cody Quirk** // Apr 14, 2010 at 2:49 pm

  A ruling on the case is going to be coming within several days.
  I've been covering the Ashjian case greatly, since this is big third-party news in Nevada, so I will continue to post articles here on the matter.

- 2 **Jim King's spouse toooooo ????????! .......... Lake** // Apr 14, 2010 at 2:56 pm

  Unequal and unfair treatment!

  You seem to live your life by
  cherry picking your issues and
  examples and allies ………..

- 3 **Cody Quirk** // Apr 14, 2010 at 2:58 pm

  Better then living as a retarded nutjob like you, Mr. Lake

- 4 **Danny S** // Apr 14, 2010 at 3:45 pm

  The IAP in Nevada has become a sad institution. The freakin ACLU, an ally in ballot access cases, is working with Ashjian!

  You are fighting a battle on a technicality to avoid the fight, not on the record of your opponent. This is really sad.

- 5 **Cody Quirk** // Apr 14, 2010 at 3:55 pm

  The record of Ashjian doesn't relate to what we're fighting him on, that he LIED on his paperwork.

  And the record is, with all the money problems and lawsuits he's facing, he is not a credible candidate and would be the worst and most incompetent Senator in Nevada history, if actually elected, which is not going to happen at all.

  If I were Ashjian myself, I'd drop out, clean up my financial problems and work to get a clean state on my record and then start working with the community and the tea party movement to redeem myself and build up my reputation correctly.
  And I wouldn't be dumb enough to start a phony right-wing political party, next time around.

  BTW, we work with the ACLU on some cases, and work against them on others, that's how it is, its called 'politics'.

- 6 **Jim King's spouse toooooo ????????! .......... Lake** // Apr 14, 2010 at 5:37 pm

  Cody Quirk // Apr 14, 2010:

  "The record of Ashjian doesn't relate to what we're fighting him on, that he LIED on his paperwork."
  AND THEN QUIRK MAN TURNS AROUND AND:
  "And the record is, with all the money problems and lawsuits he's facing, he is not a credible candidate"

  SPACE CADET CAPTAIN CODY QUIRK, COMPLETELY IGNORING THE PARALLELS OF MRS KING AND MS NIGHTINGALE, MESSES UP HIS OWN, POSSIBLY RIGHTEOUS, CAUSE.

  BOY, WITH 'FRIENDS' LIKE CODY YA REALLY DO NOT NEED ENEMIES, OR DID THE CALIFORNIA 'MORMON BRIGADE' COME TO THAT CONCLUSION A COUPLE OF YEARS AGO ??????????????

  QUIRK BOY, DOCTOR GOO GOO, AND CHUCKIE BALDWIN: KEEP THE DATE OF JUNE NINTH IN MIND!

- 7 **Mark Seidenberg** // Apr 14, 2010 at 7:15 pm

  TO: Cody Quirk,

  First, do you now understand that according to the California Election Code conventions of the
  American Independent Party and it's organizational meeting of the State Central Committee must be in Sacramento, California?

  Second, that neither Chairman Edward C. Noonan or Vice Chairman Mark Seidenberg in Noonan's absence call to order the cabal at the Los Angeles Westin Airport Hotel on June 28 to

# EXHIBIT 3

# EXHIBIT 3

- - Vermont Progressive Party

- **Readers' Blogs**
  - Attack of the Machine Elves
  - Ballot Access News
  - Baltimore Greens
  - California Libertarian Alliance
  - Coalition of the Obvious
  - Constitution Party of CT
  - Delaware Libertarian
  - Florida Whig Party Blog
  - Free Patriot Press
  - Free Virginia
  - Libertarian Blue
  - Libertarian Peacenik
  - Liberty Point
  - Prosperity for Rhode Island
  - The Crolian Progressive
  - The Liberty Ticker
  - The Whig
  - Third Party Voices

- **Tech Links**
  - Article Directory
  - Bing
  - Google
  - Online Reputation Management
  - Reuters
  - Search Engine Reputation Management
  - SEO

- **Meta**
  - Log in
  - Entries RSS
  - Comments RSS
  - WordPress.org

← Two simultaneous court hearings involving two CP state affiliates, Nevada and California   Tea Party plans to denounce Ashjian campaign →

## US Senate hopeful loses contractors license

**March 24th, 2010 · 6 Comments**

Las Vegas Review Journal

State officials revoked U.S. Senate hopeful Scott Ashjian's contractors license early Wednesday morning.

That means the Tea Party of Nevada candidate's company, A&A Asphalt, is no longer legally in business. Ashjian cannot finish any projects in progress, and he cannot bid on any new endeavours, according to Nevada State Contractors Board officials.

"The bottom line is we've got people handling it," Ashjian told the Review-Journal Wednesday morning.

The board has received five money owing complaints totaling nearly $37,000 in defaulted payments — including a bad check written for $981.82. As a result, Ashjian's license had been summarily suspended since Feb. 3.

Because Ashjian failed to respond to the board and did not attend the 8:30 a.m. hearing, he now faces an additional $1,500 in fines and $1,148 in investigative costs, said Art Nadler, contractor board spokesman.

"He's not licensed," Nadler said. "He has to abide by what we stipulated he has to do. He has to settle everything."

California, Arizona and Utah have a working partnership with Nevada officials, in that all four states honor each other's judgments regarding contractor licenses, Nadler added.

**Filed Under:** Right-wing minor parties

**6 responses so far ↓**

- 1 **Cody Quirk** // Mar 24, 2010 at 9:14 pm

  If he can't handle his business and own financial affairs, then he can't handle being a Senator, period.

- 2 **Dear .......... Thinkers** // Mar 24, 2010 at 10:31 pm

  think that this is some for every one, including citizens, to consider ………… Lake

- 3 **patriot** // Mar 25, 2010 at 3:16 pm

  But you back an unemployed bankrupt individual named Chelene Nightingale?? Don't be a hypocrite for Chris sakes!!

- 4 **Bruce Cohen** // Mar 25, 2010 at 10:03 pm

  The Tea Party has disavowed this person as having any affiliation or endorsement.

- 5 **Cody Quirk** // Mar 25, 2010 at 11:55 pm

  They certainly did!

- 6 **paulie** // Mar 26, 2010 at 7:31 pm

  "The Tea Party" is not a singular organization, thus this statement is somewhat deceptive.

## Leave a Comment

Name

Mail

Website

[Submit]

- ## Search It!

  To search, type and hit e

- ## Recent Entries

  - Democrats Drop Challenge to Texas Green Ballot Access 7.7
  - Kinky Friedman Endorses Dog For Texas Governor 7.7
  - Traficant Fails to Make Ballot 7.7
  - TEA Party of Florida Qualifies Candidates for State House, Prepares to File Criminal Complaint Against State GOP 7.7
  - Forrest Claypool Makes Ballot And Writes Independence Day Editorial 7.6
  - Socialist Workers Party Announces 2010 Candidates 7.6
  - Poll: 60% Say They Are Likely to Vote Independent 7.6
  - IAP Chairman's comments in local newspaper 7.5
  - Minnesota CP selects its candidates 7.5
  - Profile on USTP Gubenatorial candidate Stacey Mathia 7.5
  - Visit the archives for more!

# EXHIBIT 4

# EXHIBIT 4

- ○ Vermont Progressive Party

- **Readers' Blogs**

    - ○ Attack of the Machine Elves
    - ○ Ballot Access News
    - ○ Baltimore Greens
    - ○ California Libertarian Alliance
    - ○ Coalition of the Obvious
    - ○ Constitution Party of CT
    - ○ Delaware Libertarian
    - ○ Florida Whig Party Blog
    - ○ Free Patriot Press
    - ○ Free Virginia
    - ○ Libertarian Blue
    - ○ Libertarian Peacenik
    - ○ Liberty Point
    - ○ Prosperity for Rhode Island
    - ○ The Crolian Progressive
    - ○ The Liberty Ticker
    - ○ The Whig
    - ○ Third Party Voices

- **Tech Links**

    - ○ Article Directory
    - ○ Bing
    - ○ Google
    - ○ Online Reputation Management
    - ○ Reuters
    - ○ Search Engine Reputation Management
    - ○ SEO

- **Meta**

    - ○ Log in
    - ○ Entries RSS
    - ○ Comments RSS
    - ○ WordPress.org

← US Senate hopeful loses contractors license   IAP activist makes discovery on Ashjian petition he examined →

# Tea Party plans to denounce Ashjian campaign

March 24th, 2010 · 25 Comments

Las Vegas Review Journal

The Tea Party Express plans Thursday to release an ad denouncing Scott Ashjian for running his U.S. Senate campaign under the Tea Party of Nevada banner without backing from local and national members of the movement, according to a person familiar with the ad.

Ashjian has not been invited to a Saturday *"Showdown in Searchlight"* event organized by the Tea Party Express in U.S. Sen. Harry Reid's hometown to kick off a cross-country tour aimed at supporting conservative candidates, mostly Republicans who believe in smaller government and less taxes.

And he's already facing a legal challenge to his bid to win Reid's seat in the general election.

Now, the Tea Party Express has put together an ad that will say it "doesn't view Ashjian as a serious candidate," sending a strong signal to thousands of members of the movement in Nevada not to support him for Senate, the person involved in the ad effort told the Review-Journal Wednesday.

*"We are going to take it to the next level,"* said the person, who spoke on condition of anonymity because the ad won't be officially announced until Thursday in an e-mail to the media and supporters.

The ad will first be released on the Tea Party Express' Facebook site and on YouTube with the hope that it "will go viral" and be spread far and wide across the state and the nation, according to the person. And then the group will decide on how widely to run it on TV and radio in Nevada.

The ad comes just days before the Searchlight event that's expected to attract 5,000 to 10,000 people or more from surrounding states who are coming to oppose Reid — and to hear former GOP vice presidential candidate Sarah Palin speak at a noon-time rally.

Ashjian, an asphalt businessman, already is under criticism and a legal challenge from Tea Party supporters in Nevada and independent candidates who

see him as a political opportunist.

**Filed Under:** <u>Right-wing minor parties</u>

**25 responses so far ↓**

- <u>1</u> **Cody Quirk** // Mar 24, 2010 at 9:16 pm

  He claims to be the 'Tea Party' candidate, yet the people and the movement he supposedly is trying to "represent" are denouncing him!

  When is he going to see the writing on the wall?

- <u>2</u> <u>**Dear .......... Thinkers**</u> // Mar 25, 2010 at 1:10 pm

  think that Cody has an excellent point !

- <u>3</u> **Richard Winger** // Mar 25, 2010 at 1:41 pm

  It doesn't follow logically that just because some of us may have a low opinion of Scott Ashjian, therefore any of us should be trying to forcibly prevent Nevada voters from voting for him. And that is what the Independent American Party is doing by bringing a lawsuit. Nevada is one of 5 states that doesn't permit write-ins. If the Independent American Party wins its lawsuit, it will have been responsible for preventing some Nevada voters from voting for Mr. Ashjian.

  If anyone feels Mr. Ashjian is being unfair to the tea party movement, let them denounce him, let them advocate that no one contribute to him, let them advocate that no one vote for him. But don't try to interfere with the ability of people who want to vote for him, to do so. The lawsuit is not just an attack on Mr. Asjian, it is an attack on voters.

- <u>4</u> **Third Party Revolution** // Mar 25, 2010 at 2:01 pm

  Has there been an encouragement to get the Tea Party Express to support Fasano?

- <u>5</u> **Cody Quirk** // Mar 25, 2010 at 2:15 pm

  Hopefully we can do that after the Ashjian situation gets taken care of.

  I saw their video they released today, and linked it onto this article. It's harsh, but funny in a sadistic way.

- <u>6</u> **wolfefan** // Mar 25, 2010 at 2:28 pm

  Thank you Richard Winger. It is nice to know that some folks value principle over expediency.

- <u>7</u> **Darcy G Richardson** // Mar 25, 2010 at 2:32 pm

  Well said, Richard.

- <u>8</u> **Cody Quirk** // Mar 25, 2010 at 2:34 pm

  I want to see Ashjian off the ballot.

  The man LIED on this paperwork! And he did it on purpose! He thought he could coyly change his voter reg. after he filed without getting caught, but it didn't work.
  He was so over-confident and sloppy in his paperwork and methods, its disgusting! This man seriously needs to get what's coming to him!

  His petition sheet is also open to question as well, Brad examined the signatures and found so many invalid ones, if the deadline didn't pass, we could've challenged him on that too.

  Unlike other humble and well-intentioned third party candidates that sacrifice much and cross the T's and dot the i's to get on the ballot. The way this egotistical chauvinist got on was due to people in our Secretary of State's office that didn't bother double checking his paperwork.

  His efforts to get on the ballot is a slap in the face compared to what we had to endure years ago. Not only should this a**hole be removed from the ballot, but he deserves to see jail time for all those payments he failed to make and all those checks he wrote that bounced. He already lost his contractor's license for that.

  This man is NO victim!

- <u>9</u> <u>**Dear .......... Thinkers**</u> // Mar 25, 2010 at 2:39 pm

  think that Mister Winger is a secular saint

  BUT

  we [and any human group] have folk lore
  & mores, rules & regulations (and I HATE
  the Electoral College, and the Dems and
  the GOP) and some enforcement is needed!

# EXHIBIT 5

# EXHIBIT 5

- Vermont Progressive Party

- **Readers' Blogs**

  - Attack of the Machine Elves
  - Ballot Access News
  - Baltimore Greens
  - California Libertarian Alliance
  - Coalition of the Obvious
  - Constitution Party of CT
  - Delaware Libertarian
  - Florida Whig Party Blog
  - Free Patriot Press
  - Free Virginia
  - Libertarian Blue
  - Libertarian Peacenik
  - Liberty Point
  - Prosperity for Rhode Island
  - The Crolian Progressive
  - The Liberty Ticker
  - The Whig
  - Third Party Voices

- **Tech Links**

  - Article Directory
  - Bing
  - Google
  - Online Reputation Management
  - Reuters
  - Search Engine Reputation Management
  - SEO

- **Meta**

  - Log in
  - Entries RSS
  - Comments RSS
  - WordPress.org

← [NC] Libertarian in first U.S. Senate campaign debate    The Huffington Post interviews Green candidate for US Senate LeAlan Jones →

## Senate hopeful's company files for bankruptcy

June 25th, 2010 · 16 Comments

*Las Vegas Review Journal*

A company run by U.S. Senate candidate Jon Scott Ashjian has filed for Chapter 11 bankruptcy protection, court records show.

Ashjian, who is running as the 'Tea Party' candidate for the seat held by Sen. Harry Reid, D-Nev., filed electronically on Monday for his firm Ashjian Development, LLC, in U.S. Bankruptcy Court, District of Nevada.

he filing lists Ashjian as president of the company and Barry Levinson as the attorney in the case.

According to the filing, Ashjian Development has assets worth $50,000 or less and liabilities valued from $500,001 to $1 million.

The only unsecured creditor listed is Nevada National Bank which claims a debt of $750,000 related to undeveloped land at 4641 N. Rainbow Blvd.

Levinson said Ashjian's plan was to build a mini-storage unit project on the property but funding from the bank dried up when the economy went south .

Ashjian Development is independent of A&A Asphalt, another Ashjian company that ran into problems earlier this year when the Nevada State Contractors Board revoked the company's license .

The license was suspended Feb. 3 after Ashjian was accused of defaulting on $37,000 in debts.

Ashjian's candidacy has been controversial from its inception, mainly because he is running under the "Tea Party of Nevada" label.

The Tea Party of Nevada is a political party in name only and has been denounced by supporters of the broader Tea Party movement .

The Tea Party Express, a political group that organized anti-Reid rallies, has criticized Ashjian for claiming the label, saying he will only divide the conservative vote and help Reid return for a fifth-consecutive term in the Senate…

…The Independent American Party, however, is challenging his right to be on the general election ballot. The party claimed because Ashjian was a registered Republican when he filed paperwork to establish himself as the Tea Party candidate he isn't eligible to be on the ballot.

In April, Carson City District Judge James Todd Russell ruled Ashjian "substantially complied" with filing requirements and could remain on the ballot. The Independent American Party is appealing the ruling to the state Supreme Court.

**Filed Under:** Constitution Party · Right-wing minor parties

**16 responses so far ↓**

- 1 **Darcy G Richardson** // Jun 25, 2010 at 6:05 pm

  This story is nearly a month old. Leave the poor guy alone. The Republicans and their lapdogs — the Independent American Party — have already made life difficult enough for him.

  The again, if everyone in Nevada who has filed for bankruptcy since this duopoly-triggered economic crisis began a couple of years ago supports him, Ashjian will trounce the IAP's little-known nominee in November.

- 2 **Journalist** // Jun 25, 2010 at 8:01 pm

  Lets not forget Chelene Nightingale for governor 2010 Bankruptcy and foreclosures…..investigate before you vote!! Americans deserve better than having loser crooks in office.

- 3 **Citizens For A Better Veterans Home urges 'Impeach Obama' …..** // Jun 25, 2010 at 9:46 pm

  Hopefully she will be knocked off of the AIP ballot B4 November!

- 4 **Cody Quirk** // Jun 26, 2010 at 12:25 am

  Lets not forget Chelene Nightingale for governor 2010 Bankruptcy and foreclosures…..investigate before you vote!! Americans deserve better than having loser crooks in office.

  = Post under your real name you coward

- 5 **Cody Quirk** // Jun 26, 2010 at 12:27 am

  This story is nearly a month old. Leave the poor guy alone. The Republicans and their lapdogs — the Independent American Party — have already made life difficult enough for him.

  = He's a third party candidate, and old articles do get reported here.

  -And kiss my Irish-American ass; the IAP is THE third party in Nevada!

- 6 **Trent Hill** // Jun 26, 2010 at 2:00 am

  Cody–actually, we don't usually post month old stories. Try to keep it on the sensible side–within a week or two.

  And Darcy is quite right–the IAP ought to lay off the guy. They have already made life quite difficult for him.

  However, we will report any aspect of the story.

- 7 **…….. Love letter to Space Cadet Captain Cody Banks Quirk (Lake)** // Jun 26, 2010 at 5:13 am

  Trent Hill // Jun 26, 2010:
  "Cody……… Try to keep it on the sensible side"

  To a guy whom believes that the incredible shrinking Constitution Party is the third largest in the nation ????????

  To a guy whom believes that California has a state Constitution Party ??????????

  To a guy inching toward thirty, and still acts eleven ???????????

  To a guy whom thinks future Leavenworth cell resident Grundmann is an island of sanity ????????

  Like Grundmann, a guy whom thinks all of his allies are wonderful and all his opponents are devils !

  To a guy whom cries about anti LDS bias —– from Mormons ??????????

  To a guy whom acts like a GOP mole ???????

  To a guy where when his name is spelled correctly still gripes and moans about spelling ????

# EXHIBIT 6

# EXHIBIT 6

```
Type of Work:         Text

Registration Number / Date:
                      TX0007161075 / 2010-06-23

Application Title: Ashjian admits he was registered Republican when he filed
                      Tea Party candidacy.

Title:                Ashjian admits he was registered Republican when he filed
                      Tea Party candidacy.

Appears in:           Las Vegas Review-Journal

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:     2010

Date of Publication:
                      2010-04-14

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

================================================================================
```